David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
TIMOTHY N. JOHNSON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE CBE GROUP, INC. D/B/A CBE GROUP,<br><br>　　　　Defendant. | Case No.: **2:18-cv-00876-KJD-NJK**<br><br>**NOTICE OF SETTLEMENT BETWEEN TIMOTHY N. JOHNSON AND <u>THE CBE GROUP, INC. D/B/A CBE GROUP</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between TIMOTHY N. JOHNSON ("Plaintiff") and Defendant THE CBE GROUP, INC. D/B/A CBE GROUP ("CBE") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against CBE, with Prejudice, within 60 days. Plaintiff requests that all pending

dates and filing requirements as to CBE be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to CBE.

Dated: September 6, 2018

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*TIMOTHY N. JOHNSON*