David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, TIMOTHY N. JOHNSON*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY N. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC. D/B/A CBE GROUP,<br><br>Defendant. | Case No. 2:18-cv-00876-KJD-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff TIMOTHY N. JOHNSON and Defendant THE CBE GROUP, INC. D/B/A CBE GROUP hereby stipulate and agree that the above-entitled action shall

…
…
…
…
…
…
…
…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: December 18, 2018

By: /s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By: /s/Trevor Waite, Esq.
Trevor Waite, Esq.
Nevada Bar No. 13779
ALVERSON, TAYLOR, MORTENSEN & SANDERS
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
*Attorney for Defendant*

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 19, 2018